

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Christopher Konzelmann, Esq.

#### DATE OF ADMISSION

*November 27, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 4, 2020

Patricia A. Johnson
Chief Clerk